# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No.: 2:15-cv-00257-JAM-CKD |
| Plaintiff, | **ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION** |
| v. | |
| **Prithviraj, LLC,** | Date: 9/23/2020 |
| Defendants. | Time: 10:00 a.m. |
| | Courtroom: 24 |
| | Judge: Carolyn K. Delaney |

## ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Balwantsinh Thakor, Manager Prithviraj, LLC is continued from 6/17/20 to 9/23/20 at 10:00 am in Courtroom 24, 501 "I" Street, Sacramento, CA .

IT IS SO ORDERED.

Dated: June 15, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

(Proposed) Order on request to continue Debtor Exam     -1-